UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SHEDDRICK KINNIEBREW,<br><br>            Plaintiff,<br><br>v.<br><br>JO ANNE B BARNHART,<br>Commissioner of Social Security<br>Administration,<br><br>            Defendant.<br>_____ | ) CV 05-7473-SH<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that Judgment be entered in favor of the plaintiff, the decision of the Commissioner is reversed and the matter is remanded in accordance with Sentence Four of 42 U.S.C. § 405(g).

DATED: August 7, 2006

_____/s/_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE